COURT OF CRIMINAL APPEALS:
ATTN: SIAN SCHILHAB "GENERAL" COUNSEL..

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 23 2015
Abel Acosta, Clerk

7-19-15
82,225-02

GREETINGS; my NAME is michael Omar LOPEZ my Identify Number is #1822698 - I AM WRiTING you in Reference OF Trial CourT CASE # 2012-CR-1981-W2 - - on Dec. 18, 2014 my WRiT OF HAbeas Corpus 11.07 WAS Filed in The Convicting Court OF The 290th DisTricT in Bexar County: ON Jan. 12, 2015 The — Convicting Court Decided ThaT There Were ConTroverTed, Previously unresolved FacTs Which Are MATerial To The LegaliTy OF ApplicanTs ConfinemenT; The Honorable Judge Melisa Skinner oF The 290th DisTricT CourT ENTered An Order designaTing The ISSues OF FACT To be resolved And also ENTered An Order for CounseL Larry E. Greenwood To SubmiT An AffidaviT on or before Feb. 18, 2015 • (ATTorney) Larry E. Greenwood WAS ordered by 290th DisTricT CourT Honorable Judge Melisa Skinner To Also SubmiT A DuplicaTe oF The AFFidaviT To (RelaTor) Michael OMAR Lopez #1822698 • on March 23, 2015 (RelaTor) michael O. Lopez WRoTe Donna Kay McKinney (Bexar County DisTricT Clerk) To NoTify The 290th DisTricT CourT - ThaT AS oF The DATe 3-23-15 I had NOT recieved ANY AFFidaviT Papers OR had NOT been NoTified OF The reason why I had NOT goTTen Those AFFidaviT from ATTorney Larry E. Greenwood: DONNA Kay McKinney, — Bexar County DisTricT Clerk HAs Failed To responce BACK To RelaTor) michael Omar Lopez #1822698, And AS oF 7-20-15 — RelaTor) michael OmarLopez #1822698 STILL HAS NoT goTTen Any AFFidaviTs DuplicaTes - oR ANY Such Paper Work      (NexT Pg. ConT.)

on, April, 20, 2015 - (Relator) Michael omar lopez #1822698 wrote ~~a~~ A Letter To The Court of Criminal Appeals (clerk) Abel Acosta I informed Him of my inquiry And Situation That had Not been responded Back from Mrs. Donna Kay McKinney (Bexar-County District Clerk) Mr. Abel Acosta (clerk of The Court of Crim. Appeals) wrote Me back with in 2 weeks (Exhibit A - Letter Enclosed) upon — recieving The letter from The Court of Crim. Appeals "clerk"—Mr. Abel Acosta; (Relator) Michael omar lopez #1822698 — Submitted An Original Application for Writ of Mandamus which was Also Accompanied with (Relators) michael omar lopez #1822698—copies of The Order's That Needed To be resolued And The Order for Attorney Larry E. Greenwood To submit An Affidavit on or befor Feb. 18, 2015, And send A copy of Said Affidavit To (Relator) michael omar lopez #1822698) The Court of Crim. Appeals (clerk) Abel Acosta, sended A card To (relator) Michael omar lopez #1822698-That on May 11, 2015 - The Original Application for Writ of Mandamus was recieved And Presented To The Courts: (relator) michael omar lopez #1822698-Issued The Original writ of Mandamus To The Court of Criminal Appeals, Being That The Bexar County District Clerk, Mrs. Donna Kay McKinney of The 290th District Court, was in Violation of Article 11.07 of The Texas — Code of Criminal procedure

Cont.
(Next pg)

D. Violation of Article 11.07 of The Texas Code of, Criminal Procedure.

---

**3.01** – The Respondent (Bexar County District Clerk)

Mrs. Donna Kay McKinney, Violated ART. 11.07 Sec. 3(C) of The Texas Code of Criminal procedure by Failing To provide A copy of The Application for writ of Habeas Corpus 11.07, ANY Answers filed, And A Certificate reciting The date upon which That finding was made To The Court of Criminal Appeals within The Time — Prescribed by LAW And within a reasonable Time from The date on which The documents were requested To be Transmitted. AT ThAT," (relator) michael omar Lopez #1822698 is writing you SIAN SCHILHAB (General Counsel) for Advice, And ANY help on resolving The ISSUE ThAT Need To be Addressed on my writ of habeas Corpus 11.07 And Please INform (relator) michael omar Lopez #1822698 – of The STATUS of His writ of habeas Corpus 11.07 – IS iT STILL Active?? Thank you for your Time And Consideration, MAY God Bless.

Michael omar Lopez
12120 SAVAGE DR.
Midway, TX. 75852
#1822698

"YOUR, Responce would be grately APPreciated! Thank You.

respectfully yours,
Michael omar Lopez
#1822698

RE: Cause No.
2012-CR-1981-W2